B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana, New Albany Division

In re  **KMC Real Estate Investors LLC**

Debtor(s)

Case No. **11-90930-BHL**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Healthcare Practice Consultants**<br>**3220 Office Pointe Place**<br>**Suite 100**<br>**Louisville, KY 40220-5444** | **Healthcare Practice Consultants**<br>**3220 Office Pointe Place**<br>**Suite 100**<br>**Louisville, KY 40220-5444** | **Accounting services rendered** | | **6,731.76** |
| **Branch Banking and Trust Company**<br>**401 West Main Street**<br>**Louisville, KY 40202** | **Branch Banking and Trust Company**<br>**401 West Main Street**<br>**Louisville, KY 40202** | **4601 Medical Plaza Way, Clarksville, Indiana (Hospital Building and Land) together with all personal property/hospital equipment** | | **Undetermined**<br><br>**(Undetermined secured)** |
| **Cardinal Health**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** | **Cardinal Health**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** | | | **Undetermined**<br><br>**(Undetermined secured)** |
| **Clark County Treasurer**<br>**County Government Building**<br>**501 East Court Avenue**<br>**Jeffersonville, IN 47130** | **Clark County Treasurer**<br>**County Government Building**<br>**501 East Court Avenue**<br>**Jeffersonville, IN 47130** | **4601 Medical Plaza Way, Clarksville, Indiana-Lot Number Two (2) in Veteran's Village, as the same appears of record in Plat Book 14, Page 79, recorded** | | **Undetermined**<br><br>**(Undetermined secured)** |
| **Rialto Capital Advisors**<br>**700 NW 107th Avenue**<br>**Suite 200**<br>**Miami, FL 33172** | **Rialto Capital Advisors**<br>**700 NW 107th Avenue**<br>**Suite 200**<br>**Miami, FL 33172** | **4601 Medical Plaza Way, Clarksville, Indiana (Hospital Building and Land) together with all personal property/hospital equipment** | | **Undetermined**<br><br>**(Undetermined secured)** |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **KMC Real Estate Investors LLC**                                    Case No.    **11-90930-BHL**
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 4, 2011**                              Signature   **/s/ Christodulous S. Stavens**
                                                                    **Christodulous S. Stavens**
                                                                    **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.