UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KMC REAL ESTATE INVESTORS, LLC, | ) | CASE NO. 11-90930-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SUBMISSION OF APPRAISAL

KMC Real Estate Investors, LLC, debtor herein ("KMC REI"), by counsel, hereby submits the attached appraisal of Bruce Wachtler, MAI, dated June 22, 2011 (the "Appraisal"). The Appraisal is in support of KMC REI's *Motion of the Debtor (A) for Entry of an Order Granting the Debtor Provisional Authority to Execute Guaranty and (B) Corresponding Request for Granting of Liens* [Docket 28] and *Amendment to Motion of the Debtor (A) for Entry of an Order Granting the Debtor Provisional Authority to Execute Guaranty and (B) Corresponding Request for Granting of Liens* [Docket 78] currently set for evidentiary hearing in this Court on July 13, 2011 [Docket 69].

Dated: July 12, 2011

Hostetler & Kowalik, P.C.

By    */s/ Courtney E. Chilcote*
      Courtney E. Chilcote
      Gary Lynn Hostetler
      Hostetler & Kowalik, P.C.
      101 West Ohio Street
      Suite 2100
      Indianapolis, IN  46204
      Tel: (317) 262-1001
      Fax: (317) 262-1010
      Email: cchilcote@hklawfirm.com
      Email: ghostetler@hklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2011, a copy of the foregoing **NOTICE OF SUBMISSION OF APPRAISAL** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- David M. Cantor - cantor@derbycitylaw.com, belliott@derbycitylaw.com; bates@derbycitylaw.com;neukomm@derbycitylaw.com;cebe@derbycitylaw.com;yeager@derbycitylaw.com;mcghee@derbycitylaw.com

- Courtney Elaine Chilcote - cchilcote@hklawfirm.com, swatson@hklawfirm.com

- Laura A DuVall - Laura.Duvall@usdoj.gov

- Michael D. Hicks - mhicks@mhba.com

- Jeffrey A. Hokanson - jhokanson@fbtlaw.com, jwellner@hklawfirm.com; dbricker@fbtlaw.com

- Gary Lynn Hostetler - ghostetler@hklawfirm.com, dloyal@hklawfirm.com

- Michael R Johnson - mjohnson@rqn.com, sglendening@rqn.com;docket@rqn.com

- James P Moloy - jmoloy@boselaw.com, dlingenfelter@boselaw.com; mwakefield@boselaw.com

- David Lee Rosendorf - drosendorf@kttlaw.com, RCP@kttlaw.com

- M. Andrew Stewart - astewart@mhba.com

- U.S. Trustee - ustpregion10.in.ecf@usdoj.gov

I further certify that on July 12, 2011, a copy of the foregoing **NOTICE OF SUBMISSION OF APPRAISAL** was mailed by first-class United States Mail, postage prepaid, and properly addressed to the following:

N/A

                */s/ Courtney E. Chilcote*
                Courtney E. Chilcote
                Hostetler & Kowalik, P.C.
                101 West Ohio Street, Suite 2100
                Indianapolis, IN 46204
                Tel: (317) 262-1001
                Fax: (317) 262-1010
                Email: cchilcote@hklawfirm.com