*COMPLETE APPRAISAL*
*SUMMARY REPORT*

*KENTUCKIANA MEDICAL CENTER*
*LOCATED AT*
*4601 MEDICAL PLAZA WAY*
*CLARKSVILLE, INDIANA*


*PREPARED FOR*
*AMERICAN REALTY CAPITAL ADVISORS, INC.*

*PREPARED BY*
*BRUCE WACHTLER MAI*


*June 22, 2011*

# *BRUCE WACHTLER, MAI*

June 22, 2011

Mr. Richard Hill Adams
Chairman & CEO
**American Realty Capital Advisors, Inc.**
23175 La Cadena Drive, Suite A
Laguna Hills, California 92653

**RE:**    **Self-Contained Summary Appraisal of an existing Medical Center located at 4601 Medical Plaza Way in Clarksville, Indiana.**

Dear Mr. Adams:

As requested, we have inspected and appraised the above referenced property. The purpose of this complete appraisal and summary report is to estimate the "As Is and As Completed" values of the fee simple interest in the real estate subject to the definitions of market value, the assumptions and limiting conditions, and the certification contained in the attached report.

A description of the property appraised, together with explanations of the appraisal procedures used are presented in the body of the report.

This appraisal meets the requirements of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA), the Code of Professional Ethics and Standards of Professional Practice set forth by the Appraisal Institute, the Uniform Standards of Professional Appraisal Practices (USPAP) adopted by the Appraisal Foundation, the minimum appraisal standards of the Office of the Comptroller of the Currency (OCC), and the Office of Thrift Supervision (OTS).

Based upon the data and conclusions presented in the attached report, it is our opinion that the fee simple "As Is" market value of the subject property as of June 22, 2011, is as follows:

| $37,300,000 |
|---|
| **THIRTY SEVEN MILLION THREE HUNDRED THOUSAND DOLLARS** |

Based upon the data and conclusions presented in the attached report, it is our opinion that the fee simple "As Completed" market value of the subject property as of June 22, 2011, is as follows:

| $41,000,000 |
|---|
| **FORTY ONE MILLION DOLLARS** |

2

We estimate the marketing and exposure time to sell the subject property at the value concluded herein to be approximately 9 to 12 months.

The following report contains a study and analysis of data and other material upon which the opinions of value are partially predicated.

Respectfully submitted,

Bruce Wachtler, MAI
Washington State Certification No. 1101606

## CERTIFICATION

We, certify that, to the best of our knowledge and belief:

1.      The statements of fact contained in this report are true and correct.

2.      The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

3.      We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

4.      Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.  Further, this appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

5.      Bruce Wachtler has made a personal inspection of the property that is the subject of this report.

6.      We certify that to the best of our knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Foundation and the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute.

7.      We certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

8.      As of the date of this report, Bruce Wachtler has completed the requirements of the continuing education program of the Appraisal Institute.

Respectfully submitted,


_____                    ___06/22/2011_____
Bruce Wachtler, MAI                                                   Dated
Certified General Real Estate #1101606

4

### *SUMMARY OF SALIENT FACTS AND CONCLUSIONS*

**DESCRIPTION:**  The subject is an existing acute care hospital facility containing 80,000 square feet 10 acre parcel.

**LOCATION:**  4601 Medical Plaza Way, Clarksville, Indiana

**OWNER OF RECORD:**  Kentuckiana Medical Center Real Estate Investors,LLC
**SITE DATA:**

   *Land Area:*  The subject contains 10.03 acres.

   *Assessor's Parcel Number:*  101403300547000011

   *Zoning:*  VPC2, Veterans Parkway Corridor Zone.  The subject property is a legal, conforming use.

   *Flood Zone:*  Zone C and X

**IMPROVEMENT DATA:**

   *Building Type:*  The subject improvements consist of one, single story building.

   *Building Area:*  The building contains a total of 80,000 gross square feet of space. Approximately 6,400 square feet are in shell condition.

   *Parking Spaces:*  450 on-site, paved spaces

   *Date Built:*  2009

   *Remaining economic life:*  50 years

   *Current Lease Activity:*  $3,600,000 NNN 10-Year Lease Oct 2008 to Sept 2018

**HIGHEST AND BEST USE:**

   *If Vacant:*  Medical related use.

*As Improved:*                                    Medical center

*PURPOSE OF APPRAISAL:*                  Estimate the "As Is and As Completed" market values for
                                                             the subject property.

*PROPERTY RIGHTS APPRAISED:*

                                                             Fee simple  interest

*MOST PROBABLE MARKETING*
*AND EXPOSURE*
*TIME:*                                                  9 - 12 months.

*VALUE ESTIMATES:*

*"As Completed:"*
   *Cost Approach*                            $      41,360,000
   *Income Capitalization*
   *Approach:*                                    $      41,100,000
   *Sales Comparison Approach:*       $      40,000,000

*VALUE CONCLUSION:*

   *The Estimated "As Completed"*
   *Market Value as of June 22, 2011:*    $      41,000,000


   *The Estimated "As Is"*
   *Market Value as of June 22, 2011:*    $      37,300,000


   *The Estimated projected "Going Concern"*
   *Value as of June 22, 2011:*              $      82,600,000


*DATE OF VALUE:*                             June 22, 2011

*DATE OF REPORT:*                          June 22, 2011

6

# *TABLE OF CONTENTS*

TITLE PAGE

LETTER OF TRANSMITTAL

Page

CERTIFICATION.................................................................................................4

SUMMARY OF SALIENT FACTS AND CONCLUSIONS...................................5

TABLE OF CONTENTS......................................................................................7

INTRODUCTION.................................................................................................9

    Property Identification .................................................................................10

    Purpose and Date of the Appraisal ............................................................10

    Function of Appraisal .................................................................................10

    Scope of Assignment .................................................................................10

    USPAP Competency Provision. ..................................................................11

    Property Rights Appraised..........................................................................11

    Market Value Definition .............................................................................11

    "As Is" Value Definition.............................................................................12

    General Assumptions and Limiting Conditions............................................13

    Specific Assumptions and Limiting Conditions ..........................................16

REGIONAL DESCRIPTION ..............................................................................17

AREA/NEIGHBORHOOD DESCRIPTION.........................................................20

REAL ESTATE OVERVIEW ..................................................................................................24

MARKET ANALYSIS ..........................................................................................................29

SUBJECT PROPERTY .........................................................................................................44
  Site Description ................................................................................................................54
  Improvement Description .................................................................................................57
  Property History ...............................................................................................................61
  Tax Assessment Data ........................................................................................................62
  Highest and Best Use ........................................................................................................65

VALUATION .........................................................................................................................68
  Appraisal Procedures ........................................................................................................69
  Cost Approach ..................................................................................................................70
  Income Capitalization Approach ......................................................................................76
  Sales Comparison Approach .............................................................................................79
  Reconciliation ...................................................................................................................82
  "As Is" Value estimate ......................................................................................................83
  "Going Concern" Value estimate ......................................................................................85

ADDENDA .............................................................................................................................86

*INTRODUCTION*

# INTRODUCTION

## PROPERTY IDENTIFICATION

The subject property is an existing medical facility containing 80,000 square feet located at 4601 Medical Plaza Way in Clarksville, Indiana.

## PURPOSE AND DATE OF THE APPRAISAL

The purpose of this appraisal is to estimate the fee simple market values "As Is and As Completed" of the subject property as of June 22, 2011. The date of the report is June 22, 2011.

## FUNCTION OF THE APPRAISAL

The function of the appraisal is for valuation for lending consideration.

## SCOPE OF THE APPRAISAL

This is a self-contained complete appraisal report that has been prepared in accordance with the ethics and standards of the Appraisal Institute; and the Uniform Standards of Professional Appraisal Practices (USPAP) adopted by the Appraisal Foundation.

In order to arrive at a value indication for the subject property, we have investigated the general economy of the region as well as the specifics of the market within the local market area. The subject property was physically inspected, and site and building improvement descriptions are presented within this report. The legal and physical factors concerning the subject property in addition to an analysis of the financial feasibility of the development enabled us to determine the highest and best use of the subject site as vacant and as improved.

Based upon the highest and best use of the subject property, we have prepared a valuation section utilizing the Cost, Income and Sales Comparison Approaches to value. Under these three approaches, we have investigated numerous land and building sales. We have additionally spoken with buyers, sellers, real estate brokers, real estate developers, and public officials. to confirm the data as it pertains to the subject property in this appraisal assignment.

The appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

## USPAP COMPETENCY PROVISION

We have the knowledge and experience to complete this appraisal assignment and have appraised this property type before. Please see Appraiser Qualifications included in the Addenda section of this report for additional information.

## PROPERTY RIGHTS BEING APPRAISED

The property rights appraised are those of a Fee Simple Estate. Fee Simple Estate is defined by the *Dictionary of Real Estate Appraisal, 5th Edition*, published by the Appraisal Institute, 2010, as follows:

> *Fee Simple Estate.* Absolute ownership interest

## MARKET VALUE DEFINITION

The following federal definition of market value as adopted by the Appraisal Institute is provided:

> "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus.
>
> Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
>
> (a)    Buyer and seller are typically motivated;
> (b)    Both parties are well informed or well advised, and each acting in what they consider their best interest;
> (c)    A reasonable time is allowed for exposure in the open market;

(d)     Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

(e)     The price represents the normal considerations of the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*Source: The Appraisal of Real Estate, 12th Edition, 2001, Appraisal Institute.*

## "AS IS" VALUE DEFINITION

"As Is" value is an estimate of the market value of the property in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions, or qualifications as of the date the appraisal is prepared.

## GENERAL ASSUMPTIONS AND LIMITING CONDITIONS

**Title to Real Estate.**  No responsibility is assumed for the legal description or for matters including legal or title considerations.  Title to the property is assumed to be good and marketable unless otherwise stated.

**Liens or Encumbrances.**  The property is appraised free and clear of any and all liens or encumbrances, unless otherwise stated.

**Ownership.**  Responsible ownership and competent property management are assumed.

**Information and Data.**  The information furnished by others is believed to be reliable.  However, no warranty is given for its accuracy.

**Engineering.**  All engineering is assumed to be correct.  The plot plans and illustrated material in this report are included only to assist the reader in visualizing the property.

**Hidden Conditions.**  It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable.  No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

**Federal, State and Local Laws.**  It is assumed that there is full compliance with all applicable federal, state and local environmental regulations and laws, unless non-compliance is stated, defined and considered in the appraisal report.

**Applicable Zoning and Use Regulations.**  It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a nonconformity has been stated, defined, and considered in the appraisal report.

**Licenses, Certificates of Occupancy and Consents.**  It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government, or private entity or organizations have been or can be obtained or renewed, for any use on which the value estimate contained in this report is based, unless otherwise noted.

13

**Encroachments.**  It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described, and that there are no encroachment or trespass, unless noted in the report.

**Distribution of the Total Value.**  The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization.  The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

**Right of Publication.**  Possession of this report, or a copy thereof, does not carry with it the right of publication.

**Court Testimony.**  The appraiser, by reason of this appraisal, is not required to give further consultation, testimony, or be in attendance in court with reference to the property in question, unless arrangements have been previously made.

**Advertising.**  Neither all, nor any part of the contents of this report, especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected, shall be disseminated to the public through advertising, public relations, news, sales, or other media, without the prior written consent and approval of the appraiser.

**Fractional Interests.**  Any value estimates provided in the report apply to the entire property, and any pro-ration or division of the total into fractional interests, will invalidate the value estimate, unless pro-ration or division of interests has been set forth in the report.

**Proposed Projects.**  If the subject of this appraisal report is a proposed project, and if only preliminary plans and specifications were available in preparation of this appraisal, the analysis is subject to a review of the final plans and specifications, when available, unless otherwise stated.

**Proposed Improvements.**  Any proposed improvements are assumed to have been completed unless otherwise stipulated; any construction is assumed to conform to the building plans referenced in this report.

***Available Data.*** It is assumed the reader or user of this report has been provided with copies of available building plans, all leases, and amendments, if any, encumbering the property.

***Boundary Survey.*** No legal description or survey was furnished to this appraiser unless otherwise noted in this report. The county tax plat was used to ascertain the physical dimensions and acreage of the property. Should a survey prove these characteristics inaccurate, it may be necessary for this appraisal to be adjusted.

***Forecasts, Projections, and Operating Estimates.*** The forecast, projections, or operating estimates contained herein are based on current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes in future conditions.

***Hazardous Waste.*** It should be noted that the appraisers are not qualified to detect hazardous wastes and/or toxic materials. Any comment by the appraisers that might suggest that the existence or absence of such substances should not be taken as confirmation or denial of the presence of hazardous wastes and/or toxic materials. Such determination would require an investigation by a qualified expert in the field of environmental assessment.

The presence of substances such as asbestos, urea-formaldehyde foam insulation or other potentially hazardous material may affect the value of the property. The appraiser's value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value unless otherwise noted.

No responsibility is assumed for any environmental conditions, or for any expertise or engineering knowledge required to discover them. The appraiser's descriptions and resulting comments are the result of the routine observations made during the appraisal process.

## *SPECIFIC ASSUMPTIONS AND LIMITING CONDITIONS*

***Client supplied information:***  This appraisal is partially based upon information provided by the owner including physical characteristics as well as financial data.

***Proposed Construction:*** This appraisal assumes that the construction is completed in a professional and timely manner and that professional marketing is operating the facility. Failure to do so would adversely impact the value conclusions in this appraisal.

*REGIONAL & AREA/NEIGHBORHOOD  DESCRIPTIONS*

## REGIONAL DESCRIPTION

## LOCATION AND BRIEF DESCRIPTION

The subject property is located in an incorporated area of Clark County, Indiana, the City of Clarksville. It is within the Louisville, Kentucky metropolitan area. Refer to the following *Exhibit 1 – Regional Map* for the location of the subject property.

EXHIBIT 1
REGIONAL MAP



| LOUISVILLE, KY – ECONOMIC ANALYSIS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Indicators | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| Gross Metro Product (C$B) | 46.2 | 47.5 | 48.7 | 49.5 | 50.0 | 49.3 | 50.9 | 53.0 | 55.3 | 57.1 | 58.5 | 59.7 |
| % Change | 1.6 | 2.7 | 2.5 | 1.8 | 0.9 | -1.4 | 3.4 | 4.0 | 4.4 | 3.4 | 2.4 | 2.0 |
| Total Employment (000) | 599.2 | 606.5 | 616.3 | 625.0 | 621.5 | 595.2 | 590.8 | 603.9 | 627.1 | 643.2 | 660.3 | 671.2 |
| % Change | 0.6 | 1.2 | 1.6 | 1.4 | -0.6 | -4.2 | -0.7 | 2.2 | 3.8 | 2.6 | 2.7 | 1.7 |
| Unemployment Rate | 5.3 | 5.9 | 5.7 | 5.3 | 6.3 | 10.1 | 10.2 | 10.4 | 9.8 | 8.1 | 6.5 | 6.2 |
| Personal Income Growth | 5.0 | 3.7 | 7.6 | 4.8 | 3.4 | -1.0 | 3.0 | 5.1 | 6.6 | 6.7 | 5.1 | 4.3 |
| Population (000) | 1,200.0 | 1,209.5 | 1,222.5 | 1,237.0 | 1,249.7 | 1,258.6 | 1,266.0 | 1,276.4 | 1,288.7 | 1,301.7 | 1,314.3 | 1,326.0 |
| Single-Family Permits | 7,592.0 | 6,503.0 | 4,709.0 | 4,443.0 | 2,561.0 | 2,154.0 | 1,910.9 | 2,421.9 | 4,962.5 | 6,010.4 | 6,409.9 | 6,187.1 |
| Multifamily Permits | 1,097.0 | 631.0 | 956.0 | 1,619.0 | 1,130.0 | 256.0 | 428.4 | 490.1 | 1,192.7 | 1,308.3 | 1,232.2 | 1,067.2 |
| Existing-Home Price ($Ths) | 131.1 | 134.8 | 137.3 | 136.9 | 131.5 | 129.8 | 132.9 | 129.9 | 128.4 | 128.6 | 133.3 | 138.1 |
| Mortgage Originations ($Mil) | 7,958.9 | 7,598.2 | 6,933.6 | 7,189.3 | 5,963.4 | 7,679.9 | 5,872.0 | 5,341.8 | 4,752.4 | 5,236.1 | 5,665.9 | 6,360.8 |
| Net Migration (000) | 5.3 | 4.8 | 8.4 | 8.4 | 7.3 | 3.8 | 2.3 | 5.4 | 7.5 | 8.4 | 8.2 | 7.4 |
| Personal Bankruptcies | 9,738.0 | 13,440.0 | 4,531.0 | 5,813.0 | 6,919.0 | 7,951.0 | 8,028.0 | 11,261.3 | 11,608.2 | 11,652.0 | 11,658.6 | 11,943.6 |

Louisville's recovery is gaining momentum. Payroll employment increased in each of the first two months of 2011, and manufacturing, which was the weak link in the metro area's economy during the recession, has been adding jobs since the second quarter of last year. Credit conditions have been steadily improving, with delinquency rates on all major forms of credit at multiyear lows in the fourth

quarter. However, the housing market remains a weight on the economy, with single-family permits in January falling to their lowest level since the series began in 1980. Moreover, house prices are falling again, despite the slowdown in foreclosures in the fourth quarter.

## MANUFACTURING

Manufacturing payroll growth will accelerate over the next year, and the industry will remain the centerpiece of the Louisville recovery. Expansion projects announced over the last year by Ford and General Electric, as well as several smaller auto parts manufacturers, will keep manufacturing payrolls rising for at least the next two years. Ford's $600 million retooling of its Louisville Assembly Plant is on schedule, and limited production is expected to start by the end of the year. The firm expects to add 1,800 workers to the staff of 1,100 once the project is completed. General Electric is in the midst of a $194 million expansion of its Appliance Park facility, creating 300 jobs. With the industry's high wages, manufacturing job gains will drive near-term income growth in Louisville.

## CONSUMERS

Stronger job and income growth, along with easing lending standards, will translate into more robust spending growth this year. Debt service burdens are hovering around their lowest level in more than a decade, which means consumers have more disposable income to spend on big-ticket items. Still, retail employment will be slow to recover, not returning to its prerecession peak for several years. One factor that will hold back spending is subdued near-term in-migration as depressed home values continue to limit mobility. Rising gas prices also pose a considerable downside risk to the outlook for spending. With oil prices likely to remain above $100 per barrel through the first half of the year, gasoline prices could reach $4 per gallon, which would deal a considerable blow to consumer confidence.

The University of Louisville will remain a major source of growth in the metro area as construction begins on the school's new life sciences research park later this year. The research park is not expected to be completed for another decade, but university and local government officials estimate that it will have created nearly 9,000 permanent high-tech jobs in the area by the time it is finished. The research park is crucial to Louisville's long-term health. Although the area has been relatively successful at retaining old-line manufacturing, such as automobiles and appliances, it will need to develop its high-tech sector to diversify its economy and attract more highly educated workers. The area's low cost of doing business, together with its extensive transportation and logistics industry, will allow start-up firms to scale up production after the initial research and design phases of the process.

## CONCLUSION

Louisville's recovery will accelerate over the next few months as job growth in manufacturing improves and construction becomes less of a weight on the local economy. The metro area has numerous strengths that will allow it to prosper over the long term. In particular, low business costs and a large

research university hold promise. The metro area's best prospects are in healthcare and life sciences. However, below-average incomes and poor educational attainment will be a drag, and long-term growth in Louisville will be close to the national average.

## *AREA/NEIGHBORHOOD DESCRIPTION*

### LOCATION

The subject property is located along the central-eastern city limits of Clarksville, in the west portion of Clark County. Clarksville is located north of the Ohio River in the south central region of Indiana. It is approximately six miles north of the Louisville CBD. Clarksville has been expanding its economy alongside neighboring communities such as the Metro Louisville area and other Southern Indiana cities such as New Albany, Jeffersonville, Sellersburg and the Floyds Knobs area.

### BOUNDARIES

The neighborhood boundaries are detailed as follows:

|        |                  |
|--------|------------------|
| North: | Interstate 265   |
| South: | Veteran's Parkway |
| East:  | Highway 31       |
| West:  | Interstate 65    |

### LAND USE

The area immediately surrounding the subject property is predominately industrial uses and vacant land. The VPCZ zoning, assigned to the area by the city of Clarksville, allows a wide range of possible uses. To the east and southwest of I-65, there is heavy commercial development. Wal-mart and Sam's Club are located directly east from the Kentuckian Medical Center side across Interstate 65. Other retailers include Target, Best Buy, Bass Pro Shop and Lowe's, as well as various restaurants

*Exhibit 2 — Neighborhood Map* indicating the location of the subject property is shown below.

21

*EXHIBIT 2*
*NEIGHBORHOOD MAP*



and general business land uses.  Vacant land is still available in the area for development from industrial and agricultural uses.

## GROWTH PATTERNS

The expansion of Veteran's Parkway, which intersects Clark County east towards Charlestown New Albany Pike, has bought great commercial growth to the area.    Commercial development has developed along this corridor.  The Veteran's Parkway Corridor Zoning (VPCZ) designation allows flexibility for various potential uses; that combined with the opening of Wal-mart and Sam's Club in late 2003, has sparked the on-going retail snowball effect.  As large retailers and anchors establish residence in the area, other competing anchors and businesses flock to the area to capitalize on heavy consumer traffic.  Veteran's Parkway traffic count is estimated at 40,000 per day.  Another major traffic provider to the area is I-65, as it carries travelers north and south.  The intersection of Veteran's and I-65 is destined for continual commercial interest and development.  Commercial growth yields great economic benefits to the area and the residents of Clarksville and Jeffersonville Township.  Although the city of Clarksville is not providing any tax abatements, the commercial environment in the area is gaining strength.

## ACCESS

Access characteristics to and through the local area are considered very good, with various major arteries servicing the area.  Clarksville's location outside the Louisville Metro area offers easy access to major Interstates I-65 (extending from Chicago to the Gulf-of-Mexico and connecting Louisville, Kentucky to Indianapolis, Indiana), I-265 (Circumnavigating the city of Louisville) and State Highways 31 and 131.  Local arterials include Veteran's Parkway, an east-west arterial and Hamburg Pike, a north-south arterial.  The site also enjoys great visibility off of Interstate 65.

## DEMOGRAPHICS

Selected neighborhood demographics in a one-, three-, and five-mile radius from the subject are shown in the following table:

## SELECTED NEIGHBORHOOD DEMOGRAPHICS

| 4601 Medical Plaza Way<br>Clarksville, IN | 1 Mile | 3 Miles | 5 Miles |
|---|---|---|---|
| **Population** | | | |
| 2016 Population | 4,127 | 51,799 | 123,766 |
| 2011 Population | 3,929 | 49,594 | 120,776 |
| 2000 Population | 3,462 | 44,123 | 113,170 |
| 1990 Population | 2,759 | 38,485 | 105,141 |
| Annual Growth 2011 - 2016 | 0.99% | 0.87% | 0.49% |
| Annual Growth 2000 - 2011 | 1.16% | 1.07% | 0.59% |
| Annual Growth 1990 - 2000 | 2.30% | 1.38% | 0.74% |
| **Households** | | | |
| 2016 Households | 2,010 | 22,320 | 52,872 |
| 2011 Households | 1,897 | 21,202 | 51,244 |
| 2000 Households | 1,614 | 18,143 | 46,355 |
| 1990 Households | 1,237 | 15,013 | 41,016 |
| Annual Growth 2011 - 2016 | 1.16% | 1.03% | 0.63% |
| Annual Growth 2000 - 2011 | 1.48% | 1.43% | 0.92% |
| Annual Growth 1990 - 2000 | 2.70% | 1.91% | 1.23% |
| **Income** | | | |
| 2011 Median HH Inc | $34,440 | $43,190 | $42,242 |
| 2011 Estimated Average Household Income | $44,976 | $54,592 | $53,333 |
| 2011 Estimated Per Capita Income | $21,199 | $23,513 | $22,910 |
| Age 25+ College Graduates - 2000 | 307 | 4,864 | 11,959 |
| Age 25+ Percent College Graduates - 2011 | 9.1% | 11.9% | 12.1% |

## CONCLUSION

As indicated above, household growth rates between 2000 and 2011 have been 1.16%, 1.07% and 0.59% in the 1, 3 and 5-mile radii respectively.   This is growth is expected to stabilized as development continues in the north and west side of Jeffersonville.

As displayed, the population within the subject neighborhood has shown positive growth over the last several years and household totals have declined slightly as well.  Claritas future projections show this as declining over the next several years.   The subject property is well located along a major thoroughfare is well positioned with respect to local employment centers and residential destinations. The subject neighborhood has a middle income demographic profile with a median household income of $34,440 within a one-mile radius.   Considering the demographic profile and projected continued growth, demand for the subject property is expected to be average.

The subject is a 80,000 square foot 60-bed capacity acute care hospital and appears to conform well to surrounding neighborhood infrastructure and support services.  Recent activity in the neighborhood

has been predominantly commercial development, which appears to be supported by both neighborhood demographics and the primary traffic carriers within the neighborhood.

## NATIONAL REAL ESTATE OVERVIEW

Investor confidence soared in the fourth quarter, and that positive sentiment is translating to more aggressive plans to acquire commercial real estate in 2011. The exclusive National Real Estate Investor/Marcus & Millichap Investor Sentiment Index shows that investor sentiment has surged to a record level of 152 — a huge increase over the 119 rating achieved in third quarter. In fact, the most recent index rating tops the previous all-time high of 148 recorded in 2005. The Investor Sentiment index takes into account investors' views on anticipated changes in property values, as well as their plans to increase or decrease total real estate holdings in the coming year. The survey was conducted online between Nov. 11, 2010 and Jan. 11, 2011 and yielded 508 responses. The index results may sound too good to be true, particularly in light of the current market that remains fraught with uncertainties. Yet the fourth-quarter survey results signal a potential inflection point in the market and indicate investor confidence surges.

Low interest rates, improving fundamentals fuel acquisition plans. Since 2004, National Real Estate Investor and Marcus & Millichap Real Estate Investment Services have conducted research on investor attitudes and expectations as part of a commercial real estate industry forecast. The data gleaned from the research provided the foundation for the Investor Sentiment Index, which reached 152 in the fourth quarter of 2010, the highest level since its inception. What's significant is the dramatic improvement in sentiment compared with the third quarter, when the index level registered 119. A slowly improving economy, limited new supply and improving capital markets are responsible for the spike in investor confidence. Investors are showing increasing confidence in commercial real estate even as they remain wary of potential pitfalls.

The majority of investors (75%) continue to view the slow economic growth as their top concern, followed by availability of financing (59%), government regulation on both taxation and environmental issues (54%), and unforeseen shocks to the economy (46%). While respondents don't have blinders on, 69% plan to add to their property portfolios over the next 12 months, which again is a sizable increase over third quarter survey results where only 61% of respondents held a similar view. Among respondents who expect to bolster their investment in commercial real estate in 2011, the average projected increase in total dollar volume is 21%. "The most important thing that we see from the survey results is that several converging factors are beginning to shift the attitude of investors toward more risk tolerance," states Hessam Nadji, senior vice president and managing director at Marcus & Millichap based in Encino, Calif. The incredibly low interest rates, thawing of capital markets, and moderate economic growth are all contributing to growing investor confidence. "Investors are seeing this as the bottom of the market, and seeing this as an opportunity to get back into commercial real estate more aggressively," Nadji says.

Much of the rising confidence is rooted in the fact that investors have a sense that the commercial real estate market has reached bottom and the economy is going to get better. But even more

important is the current ability to lock in extremely low long-term interest rates. Some profit taking by bond investors after the Federal Reserve's recent announcement to purchase U.S. Treasuries, coupled with a stronger economic outlook, pushed interest rates up dramatically in fourth quarter. Although the 10-year Treasury yield jumped about 80 basis points over a 30-day period, it was still hovering at a relatively low 3.4% as of Jan. 21st. Despite that recent increase, the 10- year yield is still at very low levels historically and a full percentage point lower than it was in December 2007. The extension of Bush-era tax cuts, payroll tax reduction and extension of unemployment benefits are acting as a $900 billion stimulus package. The vast majority of investors (84%) said that they either strongly agree or somewhat agree that interest rates at unprecedentedly low levels are a driving force in their decision to increase commercial real estate investment in 2011. An additional 78% believe that commercial real estate offers favorable returns relative to other investment classes, and another 62% believe that the market has bottomed out. Low interest rates provide an important hedge against a slow recovery, as well as any unforeseen economic issues that might emerge. "On the conservative side, the low interest rates are being viewed as a very effective safety net for being a little more risk tolerant and getting back into the market," Nadji says. And if the commercial real estate market does perform better than expected, then the rent growth and occupancy improvement that comes on top of these low interest rates that are locked in for five, seven, or 10 years is an added bonus, he adds. More than half of respondents (61%) believe that interest rates will rise at least somewhat in 2011.

Although there doesn't appear to be any catalyst that will boost rates rapidly in 2011, investors are keeping a close eye on government policy that calls for a second round of quantitative easing, commonly referred to as QE2. As part of QE2, the Federal Reserve Bank intends to stimulate the economy by purchasing about $900 billion in bonds by the end of 2011. "Whether you like it or don't like it, QE2 will be somewhat of a mechanism to keep a lid on interest rates," Nadji says. In the short term, that bodes well for both real estate and the economy. In the long term, QE2 could produce greater risk of inflation if the Fed doesn't act at the right time and magnitude on tightening. Respondents are not optimistic about QE2. One-third of investors (34%) believe the move will actually hurt the U.S. dollar and the economic recovery compared with 21% who expect the policy to help the recovery gain momentum. Investors appear more confident in the commercial real estate recovery. However, questions remain as to whether that confidence will be sustainable in 2011. Will that renewed confidence also prompt both investors and lenders to assume more risk? "If we start to see commercial banks move back into the market and more willing to lend, that will be a big positive for commercial real estate," Nadji says. "But I do not anticipate underwriting criteria changing significantly, or any major loosening in the way deals are getting done today."

Fourth-quarter survey results indicate that the commercial real estate market has reached bottom. Apartments and hotels are leading the way in the market recovery. "Those two sectors are showing the fastest improvement in fundamentals as you would expect," Nadji says. Both apartments and hotels operate on much shorter-term leases than other property types, and are able to increase rents more quickly as the market improves. In fact, hoteliers have the ability to reset room rates daily.

Some 72% of apartment investors believe now is the time to buy followed closely by 70% of hotel owners who believe now is the time to increase acquisitions.

Owners of other property types are less bullish with 49% of retail, 49% of industrial, and 44% of office owners indicating now is the time to buy. The strong appetite for apartments and hotels is tracking along with confidence in improving fundamentals. Hotel investors are the most optimistic. Some 73% of respondents who are already invested in hotel properties predict that values will rise in 2011. The average increase will be 6.5%, according to respondents.

Apartment owners followed closely behind with 61% reporting that they expect values to rise by an average of 4.8%. That is a big shift compared to a year ago when only 31% of apartment owners and 20% of hotel owners' expected values to rise. Similarly, investors in those segments have much more bullish expectations about rental growth than a year ago. Overall, 62% of apartment investors expect effective rents to rise in the next 12 months up from 23% a year ago. On the hotel front the shift has been even more dramatic with 68% of investors expecting effective rents to rise in contrast with just 7% who felt that way last year. Yet that response is not surprising considering that both apartments and hotels are already recording higher occupancies and rents in select markets. The national apartment vacancy rate, for example, dropped from 7.8% in the second quarter to 7.1% at the end of third quarter, while effective rents remained relatively flat with a nominal 0.2% decline, according to Marcus & Mill chap.

On the hotel side, the three key performance metrics — occupancy, average daily rates (ADR) and revenue per available room (RevPAR) have all improved in the past year. Based on data from the first week of December, occupancy has experienced a year-over-year increase of 4.7% to 49.9%; the ADR rose 0.5% to $96.87; and RevPAR increased 5.3% to $48.31, according to Hendersonville, Tenn.-based Smith Travel Research.

Respondents are becoming more positive on the office outlook, but sentiment lags the improvement in retail. "The fact that the worst is over for occupancy losses and we are seeing gradually improving demand for space is the most important factor behind nearly half of the office owners thinking now is the time to buy office buildings," Nadji says. The national office vacancy rate rose from 17.4% in the second quarter to 17.6% in the third quarter, while effective rents fell 3.6%, according to Marcus & Millichap. Nearly one in four respondents (22%) believes that the value of office properties will continue to decline in the coming year, although the average change expected is a 0.5% increase. More office owners (45%) believe values will remain the same, while 31% expect values to rise, and 2% had no answer. Respondents have remained consistent in their outlook for industrial properties. The majority of investors, 64%, believe that effective rents will remain the same over the next 12 months, while 22% predict an increase, 12% anticipate a decrease, and 2% had no answer. If that holds true, that would be a welcome change for the sector, which saw an 11.2% decline in year-over-year effective rents during the third quarter, according to Marcus & Millichap.

Industrial vacancies remained flat during the first nine months of 2010 at 12.9%. Many investors

28

believe that the industrial market is at the bottom, which explains why nearly half of industrial owners (48%) believe that now is the time to buy, compared to 45% who think now is the time to hold, 5% say it's time to sell, and 2% had no answer.

"The dark horse in this race could be retail. Retail is actually recovering much faster than anyone anticipated," Nadji says. Retail vacancies are showing signs of stabilizing due in large part to the drop in new development and positive net absorption in the last three quarters. The volume of completed retail space dropped to 35 million sq. ft. in 2010, which is down from the 100.1 million sq. ft. that was built in 2009. That dramatic decline has helped the stabilization of vacancies in 2010 at 10.2%, and will help speed up the recovery in 2011 and 2012, according to Marcus & Millichap. More than one-third of retail investors expect the value of retail properties to rise an average of 2.3% in 2011, while 48% believe values will remain the same, 13% predict a decline, and 1% had no answer.

"I think the optimism that we're seeing today is grounded in terms of economic improvement, the ability to take advantage of still-low interest rates, and confidence that the bottom has been reached for the economy and commercial real estate," Nadji says. However, that optimism may be ahead of investors' ability to actually close on transactions, Nadji emphasizes. "The 69% of respondents who say they want to increase investments are going to have to be a lot more realistic about pricing, and a lot more realistic about yields," he says. "We expect more interest in Class-B and B-minus investments that have not seen the buying frenzy that the top-tier assets have already experienced."

## MARKET ANALYSIS

The market analysis forms a basis for assessing market area boundaries, supply and demand factors, and indications of financial feasibility.    Primary data sources utilized for this analysis includes interviews with local hospital representatives from Kentuckiana Medical Center, local governmental representatives, and local area real estate professionals.   Secondary sources include publications and reports prepared by the Health Care Acquisitions Report (HCAR), American Hospital Association, PwC and Torto Wheaton Research and CB Richard Ellis survey publications.

## OVERVIEW[2]

Hospitals are typically grouped into one of four categories:

- General
- Special
- Rehabilitation and Chronic Disease
- Psychiatric

The Kentuckiana Medical Hospital campus encompasses general, special, rehabilitation & chronic disease and psychiatric services with the subject property falling under the classification of a special hospital or acute care hospital.

The following graph presents the volume of mergers and acquisitions for all health care services sectors, including Long-Term Care, during the past five years. While the technology sectors saw a decline in deal volume between 2009 and 2010, the services sectors saw marked growth. There was a 24% increase in deal volume from 2009 to 2010, as the economy continued to leave behind the Great Recession. As capital began to return to the markets and as legislation was passed that established a new direction for health care policy, the M&A market for health care services accelerated.



In 2010, seven of the nine services sectors posted a rise in deal volume compared to 2009. As noted in the chart overleaf, the miscellaneous sub-sectors combined in the "Other Services" category captured 20% of all health care services transactions, historically in line with 2009 when it captured 21%.

While the transaction volume between 2009 and 2010 rose, the dollar value of those services deals skyrocketed from $12.3 billion in 2009 to $64.9 billion in 2010. HCAR believe that the total dollar value of merger and acquisition activity presented in their charts and statistics is slightly understated because a portion of the smaller deals do not present a revealed price. But because of their presumed small size, all of them combined most likely represent between 3% and 5% of the total dollar value committed to M&A activity each year. In 2010, $46.9 billion, or 72% of the year's total dollar value, came from 18 separate billion-dollar transactions; by contrast, in 2009, $4.7 billion, or 38% of that year's total dollar value, came from just a single billion-dollar deal. Such figures amply demonstrate the return of capital to the M&A market in 2010.

During 2010, a total of 48 deals (2009, 28), or 10% of the year's deal volume (2009, 8%), were carried out by financial buyers, such as private equity firms (PEGs) and real estate investment trusts (REITs). These 48 accounted for $25.5 billion (2009, $4.0 billion), or 39% of the year's total dollars committed to M&A activity (2009, 33%). In 2010, 17 of these deals, valued at $15.9 billion, were carried out by REITs while the remaining 31 deals worth $9.6 billion were carried out by other financial buyers such as PEGs. However, despite the notable return of financial buyers to the market,

31

strategic buyers continued to dominate the health care services M&A market in 2010, as they have done in the past. Nonetheless, the resurgence of financial buyers in both 2009 and 2010 is a sure sign that the economy is in recovery mode.



**2010 Health Care Services Mergers & Acquisitions By Sector**

| Sector | Number of Transactions |
|---|---|
| Long-Term Care | 110 |
| Hospitals | 75 |
| Physician Medical Groups | 63 |
| Home Health Care | 43 |
| Laboratories, MRI & Dialysis | 41 |
| Managed Care | 13 |
| Rehabilitation | 12 |
| Behavioral Health | 8 |
| Other Services | 93 |

## HOSPITALS

The 2010 hospital M&A market, which includes acute care and long-term acute care facilities but excludes psychiatric and rehabilitation hospitals rebounded from the lows of 2009. After being choked off by the Credit Crunch, capital began returning to the market to finance deal making. The HCAR lists 75 hospital deals, including two foreign acquisitions, one in Australia, the other in Singapore, carried out by financial buyers for a combined $5.0 billion. These two account for a combined 60 hospitals with over 3,400 beds in Australia and Southeast Asia. HCAR has included them in their Report to illustrate how capital crosses national borders, but HCAR has omitted them as irrelevant when analyzing the U.S. domestic hospital market and calculating the statistics and acquisition multiples that apply therein.

The data also includes Community Health System's proposed $7.3 billion acquisition of Tenet HealthCare Corp., a hostile bid announced late in 2010. While Tenet has demurred so far, Community Health's leadership appears strongly committed to seeing this deal through. Even if HCAR omit this transaction, the 2010 Hospital market still has 72 domestic transactions involving a total of

125 hospitals with 15,864 beds for a combined price of $5.4 billion, all well above the comparable 2008 and 2009 levels. HCAR expect movement on this transaction in the run-up to Tenet's annual meeting in November.

Activity in the 2010 market was lackluster until federal health care reform was passed in March. Once it became law, the pace of mergers and acquisitions accelerated. With passage of the law and its effects on government reimbursement of hospital services, buyers and sellers could more accurately predict future levels of revenue and cash flow, putting them in a better position to negotiate a valuation of the facilities they wished to sell or divest. This in turn appears to have released a pent-up backlog of deal making. As may be seen from the table below, the level of deal volume in 2010 finally broke through the ceiling of 60 deals per annum which had prevailed for the four previous years. This is yet another indication that the hospital M&A market is recovering from the economic downturn of recent years.



The 2010 hospital market also includes nine transactions involving the sale of 16 bankrupt or otherwise financially distressed facilities with 1,274 beds; the combined value of these 16 deals is approximately $600.0 million. This represents a dramatic increase over 2009, when just one bankruptcy sale was announced. It appears that the evaporation of credit from the markets beginning in 2007, which weakened and propelled many hospitals toward bankruptcy, also emptied the coffers of potential buyers for them during 2008 and 2009. Once the tide of capital began flowing back in, buyers could again access the funds to buy these troubled facilities. There appears, in fact, to have been a degree of competition for these distressed facilities, driving the price to revenue multiple up to 0.4x from the more usual range of 0.2x to 0.3x. Because distressed sales are adjudicated and have a

distinct acquisition profile, they are generally omitted from HCAR calculations of acquisition multiples in the hospital M&A market.

Of the 73 transactions announced in 2010, targeting a total of 175 hospitals and 29,294 acute care beds, seven involved the acquisition of 30 long-term acute care hospitals, or LTACs, with approximately 900 beds. While their pricing tends to be marginally higher than that of general acute-care hospitals, their results have been integrated with HCAR figures in this section, including acquisition multiples.

Four deals had purchase prices of $1.0 billion or greater, including the two foreign acquisitions and the proposed Community-Tenet deal. There was one deal between $500.0 million and $1.0 billion, and 14 between $100.0 million and $500.0 million. So while middle market deals were numerically superior in 2010, deal makers also pursued larger transactions. Nine transactions in 2010 involved the acquisition of less than a 100 percent interest in the target facility (2009, eight); in such cases, the acquisition multiples in HCAR statistics have been adjusted to reflect 100 percent ownership. However, the original figures and multiples appear in the body of the Report as first reported and as reflecting what the buyers actually paid.

After large, multi-facility transactions in 2006 and 2007, the average number of hospitals per deal dropped to a floor in 2008. As the economy recovers, the average number of hospitals acquired in a deal is increasing, reflecting the renewed availability of funding to get larger deals done.



**HOSPITAL MERGERS AND ACQUISITIONS BY NUMBER OF BEDS 2006 – 2010**

As can be seen in the following chart, the number of acute care hospital beds acquired in 2010 provides an indication that the hospital merger and acquisition market is recovering. The figure for

2010 omits the two foreign deals but includes the proposed Community Health-Tenet transaction. (Without this later deal, the number of beds would be 15,864, still a 50 percent increase over 2009.) Thus the number of beds acquired during the five-year period 2006-2010 was 54,551; 22,411; 5,282; 10,604; and 29,294, respectively.



**SUMMARY OF ACQUISITIONS 2006 – 2010**

The following table represents a five-year compilation of statistics for all announced hospital transactions. The first block of data gives a summary of the transaction volume for each of the past five years. The second block shows financial data summaries for these transactions. The next four blocks summarize the financial terms of the aggregate acquisition market. The price/revenue (P/R) multiples and the corresponding price/EBITDA multiples in 2010 generally fell within the ranges set in 2006-09.

Based on the 30 deals with the requisite figures, the average price/revenue multiple for all hospitals (except the nine bankruptcy and two foreign ones) in 2010 was 0.70x; the corresponding median was 0.65x. (The relevant figure used in these calculations is net patient revenue.) These represent decreases from the corresponding average of 0.78x and median of 0.77x in 2009. Despite the year-over-year changes recorded in the chart, experience has shown that the median figure tends to fluctuate less over time than the average does, and may in fact represent the more compelling industry multiple.

Most acquirers, and the analysts who follow them, consider the price/EBITDA ratio to be a key measure for valuing an acquisition. In the hospital acquisition market, because of the lack of timely disclosure of financial data, mostly Medicare cost reports, and the disinclination of buyers to reveal current EBITDA of their target hospitals (not to mention Reg FD issues), the analysis often rests on somewhat old data. For example, for a number of deals announced in late 2010, the EBITDA figures come from the 2009 reporting year for the target hospital or earlier, unless more recent data were disclosed by the buyer.

Also, each year a number of single-facility deals involve financially distressed properties, often with a net loss and negative cash flow. Accordingly, transactions where the target had a negative EBITDA in the most recent year are omitted from the calculations, as are those with unusually large or small ratios (such as 1.0x or 20.0x). This explains why the "deal count" for the EBITDA multiples is lower. Also, transactions where no price was disclosed, or mergers between two not-for-profits, are not available for the various multiple analyses.

Also, each year a number of single-facility deals involve financially distressed properties, often with a net loss and negative cash flow. Accordingly, transactions where the target had a negative EBITDA in the most recent year are omitted from the calculations, as are those with unusually large or small ratios (such as 1.0x or 20.0x). This explains why the "deal count" for the EBITDA multiples is lower. Also, transactions where no price was disclosed, or mergers between two not-for-profits, are not available for the various multiple analyses.

While the price/EBITDA multiple is the most frequently used (and favored) valuation method, many observers like to know what the price per bed is as well, on the assumption that if an acquisition can be completed at a lower per-bed value, there may be more upside for the buyer, especially since capital costs will be lower. The HCAR uses the figure for staffed beds rather than licensed beds. Over the past five years, the figures for average and median price per bed have fluctuated to somewhat different extents. The average price per bed has ranged between $297,200 in 2007 up to $427,000 in 2010 for a spread of nearly $130,000; the median price per bed, however, has ranged between $165,500 in 2008 and $412,600 in 2010 for a wider spread of $247,100. The rise in price per bed in 2010 as the price to revenue multiple fell is somewhat counterintuitive, admitting of no easy explanation; it might possibly reflect the belief that, going forward, more revenue can be derived from individual beds.

The divergence between average and median per-bed values has been subject to extreme volatility over the past five years. While the difference of $14,400 in 2010 is relatively small, the difference of $156,300 in 2008 is quite substantial. Thus, the inability to draw any firm conclusions about price per bed is one reason analysts and acquirers tend to put little faith in this measure as a barometer for acquisition value, and it must be used judiciously.

| SUMMARY OF ACQUISITIONS | | | | |
|---|---|---|---|---|
| | **2010** | **2009** | **2008** | **2007** | **2006** |
| Number of Deals | 75 | 52 | 60 | 58 | 57 |
| Number of Beds | 29,294 | 10,604 | 5,282 | 22,411 | 54,551 |
| Number of Hospitals | 173 | 80 | 78 | 149 | 249 |
| Total Acquired Revenues | $21,360,200,000 | $5,946,150,000 | $5,633,972,000 | $13,456,785,000 | $30,143,849,000 |
| Average Revenue/Deal | $318,809,000 | $141,575,400 | $106,301,400 | $258,784,300 | $579,689,400 |
| Median Revenue/Deal | $94,700,000 | $106,150,000 | $66,800,000 | $90,000,000 | $75,700,000 |
| Deal Count | 67 | 43 | 53 | 52 | 52 |
| Total Purchase Price | $12,778,632,000 | $1,687,300,000 | $2,520,800,000 | $8,806,300,000 | $35,153,400,000 |
| Average Price/Deal | $290,423,500 | $84,365,700 | $68,129,700 | $275,200,000 | $878,835,200 |
| Median Price/Deal | $67,500,000 | $46,350,000 | $41,000,000 | $35,000,000 | $33,500,000 |
| Deal Count | 44 | 20 | 37 | 32 | 40 |
| Price/Revenue Average | 0.70x | 0.78x | 0.84x | 0.74x | 0.75x |
| Price/Revenue Median | 0.65x | 0.77x | 0.70x | 0.60x | 0.73x |
| Deal Count | 30 | 13 | 31 | 28 | 33 |
| Price/EBITDA Average | 9.1x | 9.3x | 14.2x | 8.3x | 11.2x |
| Price/EBITDA Median | 7.4x | 8.6x | 6.4x | 8.9x | 8.5x |
| Deal Count | 13 | 8 | 16 | 14 | 17 |
| Price/Bed Average | $427,000 | $398,590 | $321,800 | $297,200 | $343,190 |
| Price/Bed Median | $412,600 | $382,917 | $165,500 | $237,000 | $219,764 |
| Deal Count | 40 | 19 | 31 | 29 | 33 |

## LARGEST ANNOUNCED HOSPITAL TRANSACTIONS 2010

The top ten hospital deals of 2010 are listed in the table below. Four of them exceed the billion-dollar threshold. Only three of the acquirers, Community Health Systems, LifePoint Hospitals and Kindred Healthcare, are publicly traded companies. Five are financial buyers or private companies backed by financial buyers: the sovereign wealth fund Khazanah Nasional Berhad, The Carlyle Group, Vanguard Health Systems, Cerberus Capital Management and Prospect Medical's management buyout, which is backed by Leonard Green & Partners. The remaining two deals were carried out by not-for-profit buyers.

37

| 10 LARGEST ANNOUNCED TRANSACTIONS, 2010 | | | | |
|---|---|---|---|---|
| Acquirer | Target | Price | Hospitals | Beds |
| Community Health Systems | Tenet Healthcare Corp. | $7,330,000,000 | 50 | 13,436 |
| Khazanah Nasional Berhad | Parkway Holdings Ltd. | $3,300,000,000 | 16 | 3,400 |
| The Carlyle Group | Healthscope, Ltd. | $1,730,000,000 | 44 | N/A |
| Vanguard Health Systems, Inc. | Detroit Medical Center | $1,220,000,000 | 8 | 1,734 |
| Cerberus Capital Management | Caritas Christi Health Care | $830,000,000 | 6 | 1,552 |
| Management buyout | Prospect Medical Holdings, Inc. | $363,000,000 | 5 | 759 |
| Adventist Health Systems, Inc. | University Community Health | $355,000,000 | 3 | — |
| Select Medical Holdings Corporation | Regency Hospital Company, LLC | $210,000,000 | 9 | — |
| Hospital Authority of Albany-Dougherty County | Palmyra Medical Center | $195,000,000 | 1 | 248 |
| Kindred Healthcare Services | Five long term acute care hospitals | $179,000,000 | 5 | 250 |

## LARGEST ANNOUNCED HOSPITAL TRANSACTIONS 2006 – 2010

The top ten deals in the hospital industry for the five-year period 2006-2010 are listed in the table below. Note that seven of the ten deals were announced in 2010. Even if we omit the two foreign deals, 2010 is still responsible for one-half of the largest deals in the most recent five-year period. Note also that the majority of acquirers in this list are financial buyers or companies that are backed by financial buyers, such as Vanguard Health Systems.

| 10 LARGEST ANNOUNCED TRANSACTIONS, 2006–2010 | | | | |
|---|---|---|---|---|
| Acquirer | Target | Price | Number of Hospitals | Year |
| Private equity consortium | HCA, Inc. | $33,000,000,000 | 176 | 2006 |
| Community Health Systems, Inc. | Tenet Healthcare Corp. | $7,330,000,000 | 50 | 2010 |
| Community Health Systems, Inc. | Triad Hospitals, Inc. | $6,800,000,000 | 51 | 2007 |
| Khazanah Nasional Berhad | Parkway Holdings Ltd. | $3,300,000,000 | 16 | 2010 |
| The Carlyle Group | Healthscope, Ltd. | $1,730,000,000 | 44 | 2010 |
| Vanguard Health Systems, Inc. | Detroit Medical Center | $1,220,000,000 | 8 | 2010 |
| Cerberus Capital Management, LP | Caritas Christi Health Care | $830,000,000 | 6 | 2010 |
| RehabCare Group, Inc. | Triumph HealthCare | $570,000,000 | 20 | 2009 |
| Management buyout | Prospect Medical Holdings, Inc. | $363,000,000 | 5 | 2010 |
| Adventist Health Systems, Inc. | University Community Health | $355,000,000 | 3 | 2010 |

## ANALYSIS OF NONPROFIT AND FOR-PROFIT ACQUISITIONS 2006 – 2010

Not-for-profit organizations captured a dominant share of the acquisition market in 2008-09, as measured by beds acquired. That pattern reversed in 2010 in part because of the proposed Community Health-Tenet HealthCare deal. Even without it, for-profits captured 60 percent of all beds acquired in 2010. Most hospitals in the country are nonprofit, so it is generally expected that they will represent the majority of the targets in a given year. But the proposed Community Health-Tenet deal

tipped the balance of M&A activity in favor of for-profit targets in 2010; without it, for-profit targets would have accounted for just 30 percent of all activity.





Healthcare Reform Holds Positive Implications for Medical Office Space Demand. After more than a year of debate, Congress passed the Patient Protection and Affordable Care Act in March, the largest change to healthcare coverage since the creation of Medicare in 1965. The legislation will have both short- and long-term implications on supply and demand for medical office and other commercial real estate. With healthcare currently comprising one-sixth of the economy and costs rising much more rapidly than both GDP and inflation, the impact of the legislation will have substantial repercussions on the long-term pace of economic expansion. Healthcare Reform Sparks Long-Term Medical Office Ramp-up. The passage of healthcare legislation will translate into increased demand for medical office space, stimulating absorption in existing properties and fueling medical office and hospital construction over the extended outlook. The legislation will provide greater access to health insurance for some individuals by the end of this year and for as many as 32 million previously uninsured persons by 2019. Space demand was already forecast to grow to accommodate aging baby boomers, but expanded coverage for the previously uninsured will likely emerge as one of the most significant drivers of medical office absorption in a generation. The impact will not be immediate, however, as most of the provisions in the legislation will not go into effect until 2014. Additionally, political efforts to repeal or scale back the legislation will raise caution levels among developers, inhibiting a wave of speculative construction.

Legislation, Demographic Trends to Tighten Medical Office Vacancies. In addition to the space demand generated by the aging population, the expansion of coverage to the previously uninsured will fuel the need for another 60 million square feet of medical office space between now and 2019. With just 70 million square feet of vacant space currently available, medical office development will gain momentum over the next several years. A rapid increase in speculative medical office construction during the next 24 months remains unlikely, however, due to recent struggles securing tenants, tight credit markets and restrictions on new physician-owned hospitals. Lack of significant supply growth in the near term will support medical office vacancy improvements from 2010 through 2012, with the rate forecast to dip more than 100 basis points to the 11 percent range. Despite the anticipated demand acceleration, the law's provisions to reduce government reimbursements for care could threaten future revenues and the ongoing profitability of some Medicare- and Medicaid-dependent medical practices, hospitals and seniors housing segments, which may, in turn, restrain future rent gains and NOI growth in this property type.

Immediate Provisions to Stimulate Space Demand. While most of the provisions in the legislation will not take effect for several years, a few will become law by the end of the third quarter, immediately expanding coverage and directly bolstering medical office space demand. Specifically, free preventative care under Medicare and new private plans should increase doctors' visits. In addition, tax credits for small businesses to make employee coverage more affordable and the extension of coverage eligibility for individuals under the age of 26 through their parents' insurance will yield a one-time surge in covered persons. With the unemployment rate among younger workers hovering in the 16 percent range, this expansion could extend coverage to 2 million individuals within the next year.

40

Healthcare Retailers to Benefit. The growing number of insured persons should also benefit retailers with pharmacies. Currently, as many as 20 percent of the 3.5 billion prescriptions issued annually go unfilled, due in part to cost concerns and lack of insurance. Increased coverage will likely lead to the filling of more prescriptions and allow major drugstore chains such as Walgreens and CVS, which initially slowed expansion plans in response to the recession, to ultimately accelerate new store growth. In addition, discounters Wal-Mart and Target, both of which have attempted to increase their market share in the prescription drug industry in recent years, and grocery stores, will benefit from the increased foot traffic stemming from healthy gains in their pharmacy-related businesses.

ECONOMIC IMPACT
Healthcare Leading Employment Growth, Economic Recovery. From the onset of the recession, the economy has shed nearly 7.8 million jobs, including many in the manufacturing and construction sectors that may never be replaced. Also, the impact of technology advancements and productivity gains has reduced the need for many low-skilled service workers. In contrast, demographic trends associated with an aging population continue to support growth in healthcare employment, which has expanded by nearly 5 percent since 2008 with the addition of approximately 765,000 jobs. Over the next 10 years, average annual healthcare employment expansion of 2.4 percent will result in more than 4.3 million new positions.

Employer Obligations Could Restrict Business Expansion. One of the provisions in the new law states businesses with more than 50 workers that do not offer health insurance to employees will be assessed a fee. This could restrict hiring among firms approaching the 50-worker threshold, hindering employment and economic growth over the long term. With this provision not scheduled to take effect until 2014, however, the immediate effect on hiring should be minimal.

Tax Impact Minor in the Short Term. Much of the opposition to expanded coverage surrounded cost concerns and the need for higher taxes to offset increased spending. According to the Congressional Budget Office (CBO), spending under the law will total $2 billion in fiscal 2010 and will not rise significantly until 2014, when subsidies to purchase insurance take effect for lower- and middle-income households. Anticipated economic expansion should lessen the impact of future tax obligations. The CBO projects Medicare taxes will increase by less than 4 percent by 2015. While overall health expenditures comprise one-sixth of the economy, the tax increase will consist of less than 0.1 percent of forecast GDP in 2015. While these estimates could potentially fall short of the actual increases, the added tax burden in this area will not likely have a substantial impact on the economy.

Healthcare Costs Remain a Wild Card. Since 1970, healthcare spending has grown at an annual rate of more than 9 percent, consistently outpacing GDP expansion. Healthcare costs represent one-sixth of GDP and are expected to grow to one-fifth of GDP by 2018. Increased spending on healthcare threatens to crowd out personal consumption on other goods. In addition, capital expenditures and business investment could become more challenging to employers, who pay the bulk of employee premiums as benefit costs increase. Moderating corporate investment in technology threatens to

hinder productivity growth, hiring and profitability. The passed legislation takes a few steps toward reining in costs, including a tax on high-cost "Cadillac" plans, but many more far-reaching measures were either eliminated or watered down during the legislative process.

Creation of Medicare Panel Could Slow Rising Costs. The creation of the Independent Payment Advisory Board, a special panel able to enact changes to slow the per-capita rate of Medicare spending without going through Congress, could be instrumental in curbing costs. In the past, cost containment measures and successful pilot programs had to be approved by Congress before being enacted. Political pressures often stopped or lessened the impact of changes that would cut costs and/or improve efficiencies in the system.

SUPPLY AND DEMAND TRENDS
Development to Accelerate Gradually; Wave of Speculative Projects Unlikely. Developers will increase construction of new medical office space to meet anticipated demand growth, but deliveries will remain limited in the immediate future. Completions in 2010 and 2011 will total just 8.4 million square feet and 7.3 million square feet, respectively, compared with the annual average of more than 17 million square feet from 2006 to 2008. Many builders scaled back completions as the economy softened and some recent speculative projects faltered, while the uncertainty leading up to the passage of the legislation kept other developers on the sidelines. Given the greater clarity now surrounding the healthcare initiative, and with the economic recovery under way, developers will resume building, although completions will not reach pre-recession levels until 2013. Rising Medical School Enrollment to Ultimately Fuel Demand for MOB Space. Medical school admissions continue to increase steadily, growing by 2 percent in 2009. Since 2002, enrollments have advanced by approximately 1.5 percent per year, with annual gains of nearly 2 percent forecast from 2010 to 2013. Despite recent increases in enrollment, including the addition of four medical schools last fall, the United States could face a significant physician shortfall by 2025 unless resident training capacity grows. Late last year, a bill aimed to expand Medicare-supported training positions by 15 percent stalled in Congress, but future measures designed to help fill the void are anticipated.

Shortage of Primary Care Physicians Likely, Despite Incentives. The expansion of coverage will drive the need for at least 13,000 primary-care physicians, and as a greater number of doctors in training opt for more lucrative specializations, a shortfall will grow. The legislation includes provisions to offer incentives to enter primary care, including a 10 percent Medicare bonus to be paid to doctors who provide primary care to the elderly. In addition, Medicaid payments will be increased by nearly 20 percent in 2013 and 2014 in order to reach 100 percent of the Medicare rate. This should benefit primary care physicians, many of whom do not accept Medicaid due to low reimbursements.

Physician-Owned Hospitals Fall Out of Favor. The new law will likely impact the construction of new physician-owned specialty hospitals by denying Medicare reimbursements to these facilities. While development of traditional hospitals has slowed in recent years, physician-owned hospitals have become increasingly popular over the past 20 years. In addition, traditional hospitals could face

revenue pressures going forward as government reimbursements received from treating uninsured patients decline. These previously uninsured patients will likely be eligible for Medicaid, which typically pays hospitals less than the actual cost of care.

Accelerating Demand, Modest Construction to Drive Vacancy Lower in the Near Term. While many of the provisions in the new law will not go into effect until 2014, measures implemented during the next six months should help spur demand in the near term. Specifically, the provision allowing individuals under the age of 26 to remain on their parents' health insurance could extend coverage to as many as 2 million new patients, fueling demand for medical office space. Medical office vacancy, which has risen 400 basis points since 2005, will fall 30 basis points to 11.9 percent this year and dip below 11 percent by 2012. Absorption and construction of space will slowly accelerate into 2013, at which point vacancy will likely average in the 11 percent range.

INVESTMENT TRENDS
Private Buyers Account for the Bulk of Acquisitions; REITs Beginning to Put Capital to Work. Private buyers, including individuals, small partnerships and syndicators, accounted for more than 50 percent of closed deals in 2009. This trend will likely continue over the long term, particularly as the credit markets improve and financing becomes easier to obtain. Outside of private investors, REITs have been more active thus far in 2010, targeting low-vacancy properties, after accumulating capital to shore up operations on existing portfolios through much of last year.

Quality Preference Persists. The growing influence of REITs in the investor pool has intensified the pricing disparity among primary, secondary and tertiary markets. Cap rates in primary markets have inched down in deals closed year to date, with the highest-quality assets trading in the low- to mid-7 percent range. Cap rates in secondary and tertiary markets begin in the mid-8 percent range. Owners looking to list mid- and lower-tier properties in lesser locations may have to price assets with cap rates in the mid- to high-9 percent range to meet the market.

Medical Office Remains a Preferred Investment Option. The medical office investment market proved far more resilient than most other commercial property segments through the downturn, and the long-term boost to space demand stemming from healthcare legislation, in conjunction with existing demographic trends, should fuel activity going forward. While sales velocity has slowed approximately 50 percent from peak levels, due in part to the ambiguity surrounding healthcare reform as the legislation was being debated in Congress, pricing has held fairly stable. The median price has declined just 16 percent since the peak achieved in 2007 to $169 per square foot, compared to decreases ranging from 25 percent to 40 percent in other core commercial property types.

Summary of Competitors:
Jewish Hospital was started in 1906, and merged with St Mary's Health Care in 2005. This is a large tertiary care facility in Louisville, Kentucky with a very good reputation for hand and heart procedures. The hospital's additional focus is on research and education in conjunction with the University of Louisville. Jewish has always relied on the cardiac product line to carry their hospital.

Norton Hospital is another large not for profit facility which originally started in 1886 as John N. Norton Memorial Infirmary. Today Norton Healthcare is in close proximity to Jewish Hospital and University of Louisville Hospital.

University of Louisville is a large teaching hospital in Louisville, Kentucky. Like a lot of teaching hospitals they are very good with trauma.

Clark Memorial Hospital located in Jeffersonville, Indiana is a not for profit facility located in Southern Indiana. It is a very old (opened in 1922). They do not provide open heart procedures; in addition the hospital does not have a great reputation.

Floyd County Hospital is another Southern Indiana hospital. This hospital was created to expand the old St. Edwards Hospital in 1947 and opened for patients in 1953. It is a county owned and managed not for profit facility located in the county next to Clark County. Floyd opened up a cardiac tower about 5 years ago.

New Proposed Hospitals:
There is a legal barrier (Beaux Amendment, United States Congress) which prevents any new investor owned facilities from being built anywhere in the USA. There is a state barrier in Kentucky since it is a CON state. CON stands for Certificate of Need, which requires a proposed facility get approval from a state to be built or to increase its bed size.