# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KMC REAL ESTATE INVESTORS LLC |
| **Case Number:** | 11-90930-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 13, 2011 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matters:

1) Continued Hearing Re:   Motion for Relief from Stay or alternatively Motion to Dismiss for Lack of Good Faith Filing or alternatively Motion for Abstention filed by James P Moloy on behalf of Creditor RL BB Financial, LLC  [31]
   **R / M #:**   0 / 0

2) Continued Hearing Re:  Motion of the Debtor (A) For Entry of An Order Granting the Debtor Provisional Authority to Execute Guaranty and (B) Corresponding Request for Granting of Liens filed by Courtney Elaine Chilcote on behalf of Debtor KMC Real Estate Investors LLC  [28]
   **R / M #:**   0 / 0

3) Hearing Re:   AMENDMENT to Motion of the Debtor (A) for Entry of an Order Granting the Debtor Provisional Authority to Execute Guaranty and (B) Corresponding Request for Granting of Liens filed by Courtney Elaine Chilcote on behalf of Debtor KMC Real Estate Investors LLC  [78]
   **R / M #:**   0 / 0

### Appearances:

GARY LYNN HOSTETLER, ATTORNEY FOR KMC REAL ESTATE INVESTORS LLC
COURTNEY ELAINE CHILCOTE, ATTORNEY FOR KMC REAL ESTATE INVESTORS LLC
DAVID LEE ROSENDORF, ATTORNEY FOR RL BB FINANCIAL, LLC
JIM MOLOY - ATTORNEY FOR RL BB FINANCIAL , LLC
DAVID CANTOR/NEIL BORDY - ATTORNEYS FOR DEBTOR, KENTUCKIANA MEDICAL CENTER 10-93039

### Proceedings:

* Disposition:  Hearing held.
(1) Motion for Relief from Stay Granted effective 7/25/11 at the close of business.
(2) Motion Denied as moot.
(3) Moot.

Note:   If a new motion granting provisional authority to execute guaranty filed - will be set for 7/25/11 @ 1:00 p.m. (Eastern) in New Albany.   Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**