SO ORDERED: July 27, 2011.



Basil H. Lorch III
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

IN RE:                              )
                                    )
KMC REAL ESTATE INVESTORS, LLC      )    CASE NO. 11-90930-BHL-11
                                    )
    Debtor.                         )

### ORDER GRANTING RL BB FINANCIAL, LLC'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now RL BB Financial, LLC ("Lender"), by counsel, and having filed on May 6, 2011 its Motion To Dismiss For Lack Of Good Faith Filing Or, In The Alternative, Motion For Abstention Or, In The Alternative, Motion For Relief From Automatic Stay (the "Stay Relief Motion") and the Court having reviewed the Stay Relief Motion and having conducted a hearing on this matter on July 13, 2011, which hearing was continued to July 25, 2011, and being duly advised in the premises, now finds as follows: that on February 23, 2011, Lender filed a foreclosure action against KMC Real Estate Investors, LLC, the debtor herein ("Debtor") which is pending in Superior Court 2 in Clark County, Indiana, Case No. 10D02-1102-MF-79 (the

"State Court Action"); that in the State Court Action Lender is seeking a money judgment against the Debtor, foreclosure of a mortgage on the Debtor's hospital facility generally located at 4601 Medical Plaza Way, Clarksville, Indiana 47129 (the "Property"), the appointment of a receiver and related relief; that cause exists for granting the Lender relief from the automatic stay because the Lender's interest in the Property is not adequately protected; and that, therefore, the Stay Relief Motion should be granted.  Accordingly, it is

ORDERED, that the Stay Relief Motion be, and hereby is, granted on the grounds set forth herein;

ORDERED, that pursuant to 11 U.S.C. § 362(d)(1), the automatic stay is hereby terminated as applied to Lender; and it is further

ORDERED, that Lender may proceed with the State Court Action and exercise all of its rights and remedies against the Debtor and the Property including, without limitation, seeking the appointment of a receiver over the Property, obtaining a money judgment against the Debtor and foreclosing the Lender's mortgage on the Property.

###